IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania,    :
Department of Labor and Industry,  :  No. 980 C.D. 2015
                             :
             Petitioner      :
                             :
       v.                :
                             :
Kathryn Simpson,            :
                             :
            Respondent   :

**PER CURIAM**

**O R D E R**

    **NOW,** this 15th day of November, 2016, it is ordered that the above-captioned Memorandum Opinion, filed August 30, 2016, shall be designated OPINION and shall be REPORTED.